# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of NEW YORK

Index Number: CV 07 2661

Date Filed: 7/2/2007

Plaintiff:
DAVID ALLEN AND ASHLEE ALLEN, ET AL
vs.
Defendant:
ROBERT'S AMERICAN GOURMET FOOD, INC

Received by ROCHESTER PROCESS, LLC. to be served on ROBERT'S AMERICAN GOURMET FOOD, INC, 100 ROSYLN AVE, SEA CLIFF, NY 11579. I, JOHN CLEERE, being duly sworn, depose and say that on the 8th day of AUGUST, 20 07 at 1:10 P.m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT AND JURY DEMAND in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) AFFIXING TO DOOR: After attempting service on __/__ at _____ and on __/__ at _____ to a conspicuous place on the property described herein.

( ) MAILING: Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known address of _____
Date of Mailing: _____

XX CORPORATE SERVICE: by delivering thereat a true copy of each to GEORGIANA HERTZWIG as MANAGING AGENT

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Service: Yes ( ) No ( )

COMMENTS:

Age 50   Sex XX F   Race WHITE   Height 5'11   Weight 160   Hair brown   Glasses XX N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

JOHN CLEERE
PROCESS SERVER #N/A
Appointed in accordance
with State Statutes

Subscribed and Sworn to before me on the 8th day of AUGUST, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2010

ROCHESTER PROCESS, LLC.
2171 Monroe Avenue
Suite 206
Rochester, NY 14618
(888) 232-8590
Our Job Serial Number: 2007000834

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.8k