## CERTIFICATE OF SERVICE

I, PAUL V. NUNES, hereby certify that on August 17, 2007, I caused the foregoing Affidavit of Service of the Summons and Complaint to be electronically filed with the Clerk of the District Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED:    Augsust 17, 2007

Yours, etc.

UNDERBERG & KESSLER LLP

By:   /s/ Paul V. Nunes
Paul V. Nunes, Esq.,
*Attorneys for Plaintiffs*
300 Bausch & Lomb Place
Rochester, New York 14604
(585) 258-2800