IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem For XAVIER ALLEN, an infant,<br><br>              Plaintiffs,<br><br>   v.<br><br>ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation,<br><br>             Defendant.<br>_____ | CV 07 2661<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Robert's American Gourmet Food, Inc. ("Robert's") states that no parent corporation or publicly held corporation owns 10% or more of Robert's stock.

Dated:      New York, New York
              August 23, 2007

                                    Respectfully submitted,

                                    COZEN O'CONNOR

                                    By: _____
                                    Richard Fama (5358)
                                    45 Broadway, 16th Floor
                                    New York, New York 10006
                                    (212) 509-9400
                                    Attorneys for Defendant

TO:    William D. Marler, Esq.
        Marler Clark LLP PS
        Attorneys for Plaintiffs
        6600 Bank of America Tower
        701 Fifth Avenue
        Seattle WA 91804

Paul V. Nunes, Esq.
Underberg & Kesler, LLP
Attorney for Plaintiffs
300 Bausch & Lomb Place
Rochester, NY 14604

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this _____ day of August, 2007, a true and correct copy of the foregoing Corporate Disclosure Pursuant to FRCP 7.1 has been sent to:

William D. Marler, Esq.
MARLER CLARK, LLP, PS
Attorneys for Plaintiffs
6600 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104
306.346.1888

Paul V. Nunes, Esq.
Underberg & Kesler, LLP
Attorney for Plaintiffs
300 Bausch & Lomb Place
Rochester, NY 14604

                  _____
                  RICHARD FAMA (5358)

NEWYORK_DOWNTOWN\252194\1  209949.000