INDEX # : 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**                                          **DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys: Cozen, O'connor, P.C.    PH: 212-453-3830
Address:    909 3RD AVE, 17TH FLOOR   NEW YORK  NY  10022    File No.:

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET*
*FOOD, INC., a domestic corporation(defendant )*

vs                                                      *Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMENT FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS-  VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY*
*DEFENDANT)*

---

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

_____Daniel Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On ___September 24, 2007___  at ___4:40PM___ ,

at_____223-225 HIGHLAND PARKWAY, ROSELLE, NJ_____, deponent served the within

_____Third Party Summons in a Civil Action &  Third Party Complaint_____

on: _____**WORLD SPICE INC.**_____ , _____**Defendant**_____ therein named.

**#1 INDIVIDUAL**  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to_____BELLA LOWY_____ personally, deponent knew the person so served
to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE**
**AGE PERSON**  By delivering a true copy of each to_____   _____a person of suitable age and discretion.
Said premises is recipient's: [  ] actual place of business    [  ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING**
**TO DOOR**  By affixing a true copy of each to the door of said premises, which is recipient's:[  ] actual place of business   [  ] dwelling house
(place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY**  On _____, deponent completed service by depositing a true copy of each document to the above address
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
and custody of the United States Post Office in the State of New Yor[  ]  and Certified Mail #_____

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __Male__  Color of skin: __White__  Color of hair: __Gray__  Age: _61- 70 Yrs_  Height: _5' 4" - 5' 8"_
Weight: _161 - 200 Lbs._  Other Features: _____

**#7 WIT. FEES**  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC**  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC**
**CIVIL COURT**  The language required by NYCRR 2900.2 (e), (f) & (h) are set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on ___September 25, 2007___

_____                      _____
WENDY RESNICK                                          Daniel  Knight
NOTARY PUBLIC, State of New York                       Server's Lic #
No.01RE5067464, Westchester County                     Invoice/Work Order # 07023962
Commission Expires Oct.15, 2010

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX #: 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**

**DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys: Cozen, O'connor, P.C.   PH: 212-453-3830
Address:   909 3RD AVE, 17TH FLOOR   NEW YORK   NY   10022   File No.: .

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff) -VS- ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

*vs*

*Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMENT FOOD, INC. (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:       **AFFIDAVIT OF SERVICE**

_____ Daniel Knight _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 24, 2007___ at ___4:40PM___,

at_____ 223-225 HIGHLAND PARKWAY, ROSELLE, NJ _____, deponent served the within

_____ Third Party Summons in a Civil Action & Third Party Complaint _____

on: _____ **WORLD SPICE INC.** _____, **Defendant** _____ therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to_____ BELLA LOWY _____personally, deponent knew the person so served to be the_____ MANAGING AGENT _____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to_____a person of suitable age and discretion. Said premises is recipient's: [  ] actual place of business    [  ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's:[  ] actual place of business   [  ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor[  ] and Certified Mail #_____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex: __Male__   Color of skin: __White__   Color of hair: __Gray__   Age: __61- 70 Yrs__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on ___September 25, 2007___

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

_____
Daniel Knight
Server's Lic #
Invoice/Work Order # 07023962

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Sept. 24, 2007 @ 4:40 P.M. |
| NAME OF SERVER DANIEL KnighT | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 223-225 E Highland Pkwy Roselle NJ

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept 25 2007
_____
Date

Signature of Server DANIEL KnighT

P O Box 67 WESTTOWn N.Y.
Address of Server

WENDY RESNICK
Notary Public, State of New York
No. 01RE5067484
Qualified in Westchester County
Commission Expires Oct. 15, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX #: 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**

**COUNTY OF**                                    **DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys:  Cozen, O'connor, P.C.   PH: 212-453-3830
Address:   909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022   File No.:

---

DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )

vs                                                          Plaintiff(s)/Petitioner(s)

ROBERT'S AMERICAN GOURMET FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS-  VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)

Defendant(s)/Respondent(s)

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

_____ Daniel Knight _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
of age and resides in New York State. On ___September 24, 2007___ at ___4:40PM___,

at _____223-225 HIGHLAND PARKWAY, ROSELLE, NJ 07203_____, deponent served the within

_____Third Party Summons in a Civil Action &  Third Party Complaint_____

on: _____**WORLD SPICE INC.**_____, ___**Defendant**___ therein named.

**#1 INDIVIDUAL**  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
therein.

**#2 CORPORATION**  By delivering thereat a true copy of each to_____BELLA LOWY_____personally, deponent knew the person so served
[X]  to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE
AGE PERSON**  By delivering a true copy of each to_____a person of suitable age and discretion.
[ ]  Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING
TO DOOR**  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house
[ ]  (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY**  On _____, deponent completed service by depositing a true copy of each document to the above address
[ ]  in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
and custody of the United States Post Office in the State of New York and Certified Mail #_____

**#6 DESCRIPTION**  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]  Sex: __Male__  Color of skin: __White__   Color of hair: __Gray__  Age: __61- 70 Yrs__   Height: __5' 4" - 5' 8"__
(use with #1, 2 or 3)  Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES**  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC**  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC
CIVIL COURT**  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on _____September 25, 2007_____

_____                    _____
WENDY RESNICK                                       Daniel Knight
NOTARY PUBLIC, State of New York                    Server's Lic #
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010                     Invoice/Work Order # 07023949

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX #: 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

UNITED STATES DISTRICT COURT

COUNTY OF

DISTRICT: EASTERN DISTRICT OF NEW YORK

Attorneys: Cozen, O'connor, P.C.   PH: 212-453-3830

Address:   909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

*vs*                                          *Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMET FOOD, INC. (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____Daniel Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On __September 24, 2007__ at ___4:40PM___ ,

at_____223-225 HIGHLAND PARKWAY, ROSELLE, NJ 07203_____, deponent served the within

_____Third Party Summons in a Civil Action & Third Party Complaint_____

on: _____**WORLD SPICE INC.**_____ , _____**Defendant**_____ therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
[ ]             therein.

#2 CORPORATION  By delivering thereat a true copy of each to_____**BELLA LOWY**_____personally, deponent knew the person so served
[X]             to be the_____**MANAGING AGENT**_____of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE
AGE PERSON     By delivering a true copy of each to_____ _____a person of suitable age and discretion.
[ ]             Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING
TO DOOR        By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house
[ ]             (place of abode) within the state.

               Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
               on the _____ day of _____ at _____
               on the _____ day of _____ at _____
               on the _____ day of _____ at _____
               Address confirmed by_____.

#5 MAIL COPY   On _____, deponent completed service by depositing a true copy of each document to the above address
[ ]             in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
               and custody of the United States Post Office in the State of New Yo[ ] and Certified Mail #_____

#6 DESCRIPTION  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant are as follows:
[X]             Sex: __Male__  Color of skin: __White__   Color of hair: __Gray__  Age: __61- 70 Yrs__   Height: __5' 4" - 5' 8"__
(use with #1, 2 or 3)  Weight: __161 - 200 Lbs.__   Other Features: _____

#7 WIT. FEES   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
                of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC
CIVIL COURT    The language required by NYCRR 2900.2 (e), (f) & (h) set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on _____September 25, 2007_____

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464,  Westchester County
Commission Expires Oct.15, 2010

_____
Daniel Knight
Server's Lic #
Invoice/Work Order # 07023949

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *Sept. 24, 2007 @ 4:40 PM* |
| NAME OF SERVER *Daniel Knight* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant.  Place where served: *223-225 E. Highland Pkwy Roselle N.J.*

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Sept. 25, 2007*
Date

Signature of Server *Daniel Knight*

*P O Box 67  Westtown NY*
Address of Server

WENDY RESNICK
Notary Public, State of New York
No. 01RE5067464
Qualified in Westchester County
Commission Expires Oct. 15, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX # : 2:07-CV-02661(NGG)(ETB)

Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT
COUNTY OF

DISTRICT: **EASTERN DISTRICT OF NEW YORK**

Attorneys:  Cozen, O'connor, P.C.   PH: 212-453-3830
Address:   909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022   File No.:

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

vs

*Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMET FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF SERVICE

_____ Daniel Knight _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 24, 2007___ at ___4:40PM___ ,

at _____223-225 HIGHLAND PARKWAY, ROSELLE, 1NJ 07203_____ , deponent served the within

_____Third Party Summons in a Civil Action & Third Party Complaint_____

on: _____VAN DE VRIES TRADING CORP. d/b/a ATLANTIC QUALITY SPICE & SEASONINGS_____ , **Defendant** therein named.

**#1 INDIVIDUAL** ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒  By delivering thereat a true copy of each to_____BELLA LOWY_____ personally, deponent knew the person so served to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐  By delivering a true copy of each to_____ _____a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐  By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** ☐  On _____ , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor☐ and Certified Mail #_____

**#6 DESCRIPTION** ☒
(use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex:_Male_   Color of skin:_White_   Color of hair:_Grav_   Age:_61- 70 Yrs_   Height:_5' 4" - 5' 8"_
Weight:_161 - 200 Lbs._   Other Features:_____

**#7 WIT. FEES** ☐  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** ☐  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** ☐  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on _____September 25, 2007_____

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

_____
Daniel Knight
Server's Lic #
Invoice/Work Order # 07023944

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX # : 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**

**COUNTY OF**

**DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys:  Cozen, O'connor, P.C.    PH: 212-453-3830

Address:    909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

*vs*                                                                                          *Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMET FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS-  VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                              **AFFIDAVIT OF SERVICE**

_____ Daniel Knight _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On __September 24, 2007__ at __4:40PM__,

at _____ 223-225 HIGHLAND PARKWAY, ROSELLE, 1NJ 07203 _____, deponent served the within

_____ Third Party Summons in a Civil Action &  Third Party Complaint _____

on: _____ VAN DE VRIES TRADING CORP. d/b/a ATLANTIC QUALITY SPICE & SEASONINGS _____, __**Defendant**__ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to _____ BELLA LOWY _____ personally, deponent knew the person so served to be the _____ MANAGING AGENT _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business    [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by _____

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yo [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

(use with #1, 2 or 3)  Sex: __Male__  Color of skin: __White__  Color of hair: __Gray__  Age: __61- 70 Yrs__  Height: __5' 4" - 5' 8"__  Weight: __161 - 200 Lbs.__  Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) are set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on _____ September 25, 2007 _____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Daniel Knight
Server's Lic #
Invoice/Work Order # 07023944

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

AO 441  (Rev. 8/01)  Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *Sept. 24. 2007 @ 4:40 P4* |
| NAME OF SERVER  *DANIEL Knight* | TITLE  *PROCESS SERVER* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: *223-225E Highland Pkwy Roselle, NJ. 07203*

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *Sept 25 2007*
_____
Date

*Signature of Server*  *Daniel Knight*

WENDY RESNICK
Notary Public, State of New York
No. 01RE5087464
Qualified in Westchester County
Commission Expires Oct. 15, *2010*

*P.O. Box 67, WESTTOWN, N.Y*
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX # : 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

UNITED STATES DISTRICT COURT
COUNTY OF

**DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys: Cozen, O'connor, P.C.    PH: 212-453-3830
Address:    909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

vs                                                                    *Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMET FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____Daniel Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 24, 2007___ at ___4:40PM___ ,

at_____223-225 E. HIGHLAND PARKWAY, ROSELLE, NJ_____ , deponent served the within

_____Third Party Summons in a Civil Action &  Third Party Complaint_____

on: __ATLANTIC QUALITY SPICE & SEASONINGS A DIVISION OF VAN DE VRIES TRADING__ , _____**Defendant**_____ therein named.

---

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to_____BELLA LOWY_____ personally, deponent knew the person so served to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to_____ _____a person of suitable age and discretion. Said premises is recipient's: [  ] actual place of business    [  ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [  ] actual place of business    [  ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York and Certified Mail #_____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: _Male_    Color of skin: _White_    Color of hair: _Gray_    Age: _61- 70 Yrs_    Height: _5' 4" - 5' 8"_
Weight: _161 - 200 Lbs._    Other Features: _____

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

---

Sworn to before me on _____September 25, 2007_____

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

_____
Daniel Knight
Server's Lic #
Invoice/Work Order # 07023932

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX #:  2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

UNITED STATES DISTRICT COURT

COUNTY OF

DISTRICT: **EASTERN DISTRICT OF NEW YORK**

Attorneys:  Cozen, O'connor, P.C.    PH: 212-453-3830

Address:    909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

*Plaintiff(s)/Petitioner(s)*

*vs*

*ROBERT'S AMERICAN GOURMENT FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____Daniel  Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __September 24, 2007__ at _____4:40PM_____ ,

at_____223-225 E. HIGHLAND PARKWAY, ROSELLE, NJ_____, deponent served the within

_____*Third Party Summons in a Civil Action &  Third Party Complaint*_____

on:  __ATLANTIC QUALITY SPICE & SEASONINGS A DIVISION OF VAN DE VRIES TRADING__ , _____**Defendant**_____ therein named.

#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]    By delivering thereat a true copy of each to_____BELLA LOWY_____personally, deponent knew the person so served to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE
AGE PERSON    By delivering a true copy of each to_____a person of suitable age and discretion.
Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING
TO DOOR    By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

#5 MAIL COPY    On_____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor[ ] and Certified Mail #_____

#6 DESCRIPTION [X]    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)    Sex: __Male__    Color of skin: __White__    Color of hair: __Gray__    Age: __61- 70 Yrs__    Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__    Other Features: _____

#7 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC
CIVIL COURT    The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on _____September 25, 2007_____

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464,  Westchester County
Commission Expires Oct.15, 2010

_____
Daniel Knight
Server's Lic #
Invoice/Work Order # 07023932

*SPS-401 B'WAY- Ste.1201, NY, NY 10013, Ph 212-226-3322, Fax 212-431-9485 www.sav-onprocess.com*

AO 441  (Rev. 8/01)  Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  _Sept. 24, 2007_  @ 4:40 P.M |
| NAME OF SERVER  _Daniel Knight_ | TITLE  _Process Server_ |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant.  Place where served: _223-225 E. Highland Pkwy_ _Roselle N.J._

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _Sept 25 2007_
_____
Date

_Signature of Server_  DANIEL KNIGHT

_P.O. Box 67,   Westtown N.Y._
_____
_Address of Server_

WENDY RESNICK
Notary Public, State of New York
No. 01RE5067484
Qualified in Westchester County
Commission Expires Oct. 15, 2010

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX # : 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**NEW YORK**
**COUNTY OF**

**DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys: Cozen, O'connor, P.C.   PH: 212-453-3830

Address:   909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

---

DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )

vs                                                                                    *Plaintiff(s)/Petitioner(s)*

ROBERT'S AMERICAN GOURMENT FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____ Daniel  Knight _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On ___September 24, 2007___ at ___4:40PM___,

at_____ 223-225 HIGHLAND PARKWAY, ROSELLE, NJ _____, deponent served the within

_____ Third Party Summons in a Civil Action &  Third Party Complaint _____

on: _____ **VAN DE VRIES SPICE CORPORATION** _____, _____ **Defendant** _____ therein named.

**#1 INDIVIDUAL**    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
☐    therein.

**#2 CORPORATION**    By delivering thereat a true copy of each to_____ BELLA LOWY _____personally, deponent knew the person so served
☒    to be the_____ MANAGING AGENT _____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE**
**AGE PERSON**    By delivering a true copy of each to_____    _____a person of suitable age and discretion.
☐    Said premises is recipient's: [  ] actual place of business      [  ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING**
**TO DOOR**    By affixing a true copy of each to the door of said premises, which is recipient's:[  ] actual place of business   [  ] dwelling house
☐    (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY**    On _____, deponent completed service by depositing a true copy of each document to the above address
☐    in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
and custody of the United States Post Office in the State of New Yo[ ] and Certified Mail #_____

**#6 DESCRIPTION**    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
☒    Sex: __Male__  Color of skin: __White__   Color of hair: __Gray__   Age: __61- 70 Yrs__   Height: __5' 4" - 5' 8"__
(use with #1, 2 or 3)    Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES**    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC**    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC**
**CIVIL COURT**    The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on _____September 25, 2007_____

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

_____
Daniel  Knight
Server's Lic #
Invoice/Work Order # 07023895

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX # : 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

**NEW YORK**                                    Court Date: _____
**COUNTY OF**                                   **DISTRICT: EASTERN DISTRICT OF NEW YORK**
Attorneys:  Cozen, O'connor, P.C.    PH: 212-453-3830
Address:    909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

*vs*                                                                  *Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMENT FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS-  VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

---

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____Daniel  Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 24, 2007___ at _____4:40PM_____ ,

at_____223-225 HIGHLAND PARKWAY, ROSELLE, NJ_____, deponent served the within

_____Third Party Summons in a Civil Action &  Third Party Complaint_____

on:_____**VAN DE VRIES SPICE CORPORATION**_____,  _____**Defendant**_____ therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒ By delivering thereat a true copy of each to_____BELLA LOWY_____personally, deponent knew the person so served to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to_____a person of suitable age and discretion. Said premises is recipient's: [  ] actual place of business      [  ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [  ] actual place of business    [  ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** ☐ On_____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York ☐ and Certified Mail #_____

**#6 DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __Male__   Color of skin: ___White___   Color of hair: __Gray__   Age: __61- 70 Yrs__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** The language required by NYCRR 2900.2 (e), (f) & (h) are set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on _____September 25, 2007_____

_____                              _____
WENDY RESNICK                                             Daniel Knight
NOTARY PUBLIC, State of New York                         Server's Lic #
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010                          Invoice/Work Order # 07023895

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE September 24. 2007 @ 4:40 PM |
| NAME OF SERVER DANIEL Knight | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 223-225 G Highland Pkwg Roselle N.J

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept 25 2007
_____
Date

Signature of Server DANIEL Knight

Notary Public, State of New York
WENDY RESNICK
No. 01RE5091...
Qualified in Westchester County
Commission Expires Oct. 15, 20...

PO Box 67 WestTown N.Y
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX # :  2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**

**DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys: Cozen, O'connor, P.C.   PH: 212-453-3830
Address:   909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

vs

*Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMET FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS-  VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____ Daniel Knight _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 24, 2007___ at ___4:40PM___,

at _____ 223-225 HIGHLAND PARKWAY, ROSELLE, NJ _____, deponent served the within
_____ Third Party Summons in a Civil Action &  Third Party Complaint _____

on: ___VAN DE VRIES FOOD CORP., d/b/a ATLANTIC QUALITY SPICE & SEASONINGS,___, ___**Defendant**___ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to_____ BELLA LOWY _____personally, deponent knew the person so served to be the_____ MANAGING AGENT _____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to_____ _____a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor [ ] and Certified Mail #_____

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __Male__   Color of skin: __White__   Color of hair: __Gray__   Age: __61- 70 Yrs__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on ___September 25, 2007___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464,  Westchester County
Commission Expires Oct.15, 2010

Daniel Knight
Server's Lic #
Invoice/Work Order # 07023948

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX # : 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**

Attorneys: Cozen, O'connor, P.C.    PH: 212-453-3830

Address: 909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

**DISTRICT: EASTERN DISTRICT OF NEW YORK**

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant )*

vs    *Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMENT FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:    **AFFIDAVIT OF SERVICE**

_____Daniel Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 24, 2007___ at ___4:40PM___,

at _____223-225 HIGHLAND PARKWAY, ROSELLE, NJ_____, deponent served the within

_____Third Party Summons in a Civil Action &  Third Party Complaint_____

on: ___VAN DE VRIES FOOD CORP., d/b/a ATLANTIC QUALITY SPICE & SEASONINGS,___, ___**Defendant**___ therein named.

---

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to_____BELLA LOWY_____personally, deponent knew the person so served to be the_____MANAGING AGENT_____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to_____a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York and Certified Mail #_____

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex:__Male__  Color of skin:__White__  Color of hair:__Gray__  Age:__61- 70 Yrs__  Height:__5' 4" - 5' 8"__
Weight:__161 - 200 Lbs.__  Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on _____September 25, 2007_____

_____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

_____
Daniel Knight
Server's Lic #
Invoice/Work Order # 07023948

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _Sept. 24, 2007 @ 10:40 PM_ |
| NAME OF SERVER _Daniel Knight_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: _223-225 E Highland Pkwy Roselle, NJ_

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Sept. 25, 2007_
Date

Signature of Server _Daniel Knight_

_P.O. Box 67, Westtown N.Y._
Address of Server

WENDY RESNICK
Notary Public, State of New York
No. 01RES067464
Qualified in Westchester County
Commission Expires Oct. 20(__)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX #: 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**                                                    **DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys:  Cozen, O'connor, P.C.   PH: 212-453-3830
Address:    909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022    File No.:

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant)*

*vs*                                                                    *Plaintiff(s)/Petitioner(s)*
*ROBERT'S AMERICAN GOURMET FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS-  VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____ Daniel Knight _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On __September 24, 2007__ at ____4:40PM____ ,

at_____ 223-225 HIGHLAND PARKWAY, ROSELLE, NJ _____ , deponent served the within

_____ Third Party Summons in a Civil Action &  Third Party Complaint _____

on: _____ ATLANTIC QUALITY SPICE & SEASONINGS A DIVISION OF VAN DE VRIES FOOD CORP. _____ , **Defendant** therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
☐            therein.

#2 CORPORATION  By delivering thereat a true copy of each to_____ BELLA LOWY _____personally, deponent knew the person so served
☒            to be the_____ MANAGING AGENT _____of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE
AGE PERSON   By delivering a true copy of each to_____ _____a person of suitable age and discretion.
☐            Said premises is recipient's: [  ] actual place of business     [  ] dwelling house (usual place of abode) within the state.

#4 AFFIXING
TO DOOR      By affixing a true copy of each to the door of said premises, which is recipient's:[  ] actual place of business    [  ] dwelling house
☐            (place of abode) within the state.

             Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
             on the _____ day of _____ at _____
             on the _____ day of _____ at _____
             on the _____ day of _____ at _____
             Address confirmed by_____.

#5 MAIL COPY  On_____, deponent completed service by depositing a true copy of each document to the above address
☐            in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
             and custody of the United States Post Office in the State of New York and Certified Mail #_____

#6 DESCRIPTION  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
☒            Sex:__Male____  Color of skin:___White____  Color of hair:__Gray____  Age:__61- 70 Yrs____  Height:____5' 4" - 5' 8"____
(use with #1, 2 or 3)  Weight:__161 - 200 Lbs.__  Other Features: _____

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
             of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC
CIVIL COURT  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on ____September 25, 2007____

_____                          _____
WENDY RESNICK                                                    Daniel Knight
NOTARY PUBLIC, State of New York                                 Server's Lic #
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010                                  Invoice/Work Order # 07023946

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX #: 2:07-CV-02661(NGG)(ETB)

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**

**COUNTY OF**

**DISTRICT: EASTERN DISTRICT OF NEW YORK**

Attorneys:   Cozen, O'connor, P.C.   PH: 212-453-3830

Address:   909 3RD AVE, 17TH FLOOR   NEW YORK  NY  10022   File No.:

---

*DAVID ALLEN and ASHLEE ALLEN, Individually and as Guardians ad Litem for XAVIER ALLEN, an infant (plaintiff)  -VS-  ROBERT'S AMERICAN GOURMET FOOD, INC., a domestic corporation(defendant)*

*vs*

*Plaintiff(s)/Petitioner(s)*

*ROBERT'S AMERICAN GOURMENT FOOD, INC.  (DEFENDANT & 3RD PTY PLAINTIFF) -VS- VAN DE VRIES SPICE CORPORATION, ET AL (3RD PTY DEFENDANT)*

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____ Daniel Knight _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___September 24, 2007___ at ____4:40PM____ ,

at_____ 223-225 HIGHLAND PARKWAY, ROSELLE, NJ _____, deponent served the within

_____ Third Party Summons in a Civil Action &  Third Party Complaint _____

on: _____ ATLANTIC QUALITY SPICE & SEASONINGS A DIVISION OF VAN DE VRIES FOOD CORP. _____ , **Defendant** _____ therein named.

**#1 INDIVIDUAL** ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒  By delivering thereat a true copy of each to_____ BELLA LOWY _____ personally, deponent knew the person so served to be the_____ MANAGING AGENT _____of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐  By delivering a true copy of each to_____a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐  By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** ☐  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York ☐ and Certified Mail #_____

**#6 DESCRIPTION** ☒
(use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__   Color of skin: ___White___   Color of hair: ___Gray___   Age: __61- 70 Yrs__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES**   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC**   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT**   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on _____September 25, 2007_____

_____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

_____
Daniel Knight
Server's Lic #
Invoice/Work Order # 07023946

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Sept. 24, 2007 @ 4:40 PM | |
| NAME OF SERVER  DANIEL KNIGHT | TITLE  PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 223-225 E Highland Pkwy Roselle N.J.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept. 25, 2007
_____
Date

Signature of Server  DANIEL KNIGHT

P.O. Box 67  WESTTOWN N.Y.
_____
Address of Server

WENDY RESNICK
Notary Public, State of New York
No. 01RE5067464
Qualified in Westchester County
Commission Expires Oct. 15, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.